NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TREY HOBDY, DOC #H52705,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-3438
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed November 27, 2019.

Appeal from the Circuit Court for Polk
County; William D. Sites, Judge.

Howard L. Dimmig, II, Public Defender, and
Richard P. Albertine, Assistant Public
Defender, Bartow, for Appellant.


PER CURIAM.


Affirmed.


LaROSE, LUCAS, and ATKINSON, JJ., Concur.